IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT ZILLER, )
    Plaintiff, )
     )
  v. ) Civil Action No. 05-82
     )
EMERALD ART GLASS, ET AL., )
    Defendants. )

### ORDER

AND NOW, this 17th day of October, 2008, IT IS HEREBY ORDERED that pursuant to the terms stated on the record at the pretrial conference of this date, the instant case has been resolved and the Clerk of Court is directed to mark this case closed.

BY THE COURT:

_____, J.

cc: All Counsel of Record