IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT ZILLER, ) | Civil Action No. 05-082 |
| Plaintiff, ) | |
| ) | **JURY TRIAL DEMANDED** |
| v. ) | |
| ) | Judge Gary L. Lancaster |
| EMERALD ART GLASS, BOB ZIELINSKI, ) | Magistrate Judge Robert Mitchell |
| ALEX-FORBES AND MURRAY, L.P., and ) | |
| ALEX ENTERPRISES, L.L.C., ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 15th day of January, 2009, upon consideration of the Joint Stipulation of Dismissal Pursuant to F.R.C.P. 41(a)(2), and good cause appearing, it is hereby ORDERED that:

1. Plaintiff's claims against all Defendants shall be dismissed, with prejudice.

2. Defendants Emerald Art Glass and Bob Zielinski's Counterclaim against Plaintiff shall be dismissed, with prejudice.

3. This entire action shall be dismissed, with prejudice. Each party to bear its owns costs and attorneys fees.

/s/ Gary L. Lancaster
Honorable Gary L. Lancaster
United States District Court Judge